**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, | |
| Plaintiff, | Civil Action No. 13-cv-1668-LPS |
| v. | JURY TRIAL DEMANDED |
| AT&T MOBILITY LLC; AT&T MOBILITY II LLC; and NEW CINGULAR WIRELESS SERVICES, INC., | |
| Defendants, | |
| and | |
| ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON | |
| Intervenors. | |
| INTELLECTUAL VENTURES I LLC, | |
| Plaintiff, | Civil Action No. 13-cv-1669-LPS |
| v. | JURY TRIAL DEMANDED |
| CRICKET COMMUNICATIONS, INC., | |
| Defendants, | |
| and | |
| ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON | |
| Intervenors. | |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTEL OPERATIONS, INC. AND SPRINT SPECTRUM L.P.,<br><br>    Defendants,<br><br>and<br><br>ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON<br><br>    Intervenors. | Civil Action No. 13-cv-1670-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC. AND T-MOBILE US, INC.,<br><br>    Defendants,<br><br>and<br><br>ERICSSON INC. AND TELEFONAKTIEBOLAGET LM ERICSSON<br><br>    Intervenors. | Civil Action No. 13-cv-1671-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>    Defendant, | Civil Action No. 13-1672-LPS<br><br>JURY TRIAL DEMANDED |

and

ERICSSON INC. AND
TELEFONAKTIEBOLAGET LM
ERICSSON,

      Intervenors.

**INTELLECTUAL VENTURES' MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff Intellectual Ventures I LLC, by and through its undersigned counsel, hereby

moves for summary judgment on Defendants' affirmative defenses.  The grounds for this Motion

are set forth in the opening brief filed concurrently herewith.

DATED:  February 22, 2017    Respectfully submitted,

            FARNAN LLP

            */s/ Michael J. Farnan*
            Brian E. Farnan (Bar No. 4089)
            Michael J. Farnan (Bar No. 5165)
            919 North Market Street, 12th Floor
            Wilmington, DE 19801
            (302) 777-0300
            (302) 777-0301 (Fax)
            bfarnan@farnanlaw.com

            Martin J. Black (admitted *pro hac vice*)
            DECHERT LLP
            Cira Centre
            2929 Arch Street
            Philadelphia, PA 19104
            (215) 994-4000
            martin.black@dechert.com

            Jeffrey B. Plies (admitted *pro hac vice*)
            DECHERT LLP
            300 W. 6th Street, Suite 2010
            Austin, TX 78701
            (512) 394-3000
            jeffrey.plies@dechert.com

            Justin F. Boyce (admitted *pro hac vice*)
            DECHERT LLP
            2440 W. El Camino Real, Suite 700
            Mountain View, CA 94040-1499
            (650) 813-4800
            justin.boyce@dechert.com

            *Counsel for Plaintiffs Intellectual Ventures I LLC*