## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC. AND<br>T-MOBILE US, INC.,<br><br>    Defendants,<br><br>    and<br><br>ERICSSON INC. AND<br>TELEFONAKTIEBOLAGET LM<br>ERICSSON,<br><br>    Intervenors. | Civil Action No. 13-1671-LPS<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF INTELLECTUAL VENTURES I LLC'S NOTICE OF APPEAL

Plaintiff Intellectual Ventures I LLC ("Intellectual Ventures") respectfully submits this notice of its appeal to the United States Court of Appeals for the Federal Circuit. Intellectual Ventures appeals from the adverse portions of the District Court's August 10, 2017, Judgment (D.I. 604), along with all findings, holdings, rulings, conclusions, determinations, opinions, claim constructions, and orders leading thereto or merged therein, including but not limited to (1) the Court's August 12, 2016, claim construction memorandum opinion and order (D.I. 370-71); (2) the Court's February 14, 2017, order granting in part T-Mobile's motion to strike Intellectual Ventures' infringement contentions relating to U.S. Patent No. 6,640,248 (the "'248 patent") (D.I. 512); and (3) the Court's May 19, 2017, memorandum opinion and order denying

Intellectual Ventures' motion to reconsider the Court's February 14 order and granting T-Mobile's motion for summary judgment of non-infringement of the '248 patent (D.I. 595-96).

This notice of appeal is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) because it is being "filed with the district clerk within 30 days after entry of the judgment or order appealed from."

As part of this notice of appeal, Intellectual Ventures submits the required filing fee of $505 and respectfully requests the district clerk to prepare the record on appeal pursuant to Federal Rule of Appellate Procedure 10(a). Intellectual Ventures will order from the court reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary, as required by Federal Rule of Appellate Procedure 10(b)(1)(A).

Dated: August 11, 2017

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Joseph J. Farnan, III (#3945)
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
jfarnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Intellectual Ventures I LLC*